In the Matter of the Application of Simon Birnbaum and Others, Petitioners, Appellants, and Benjamin A. LaGrasse and Others, Petitioners, for an Order against Joseph K. Van Denburg and Six Others, as Members, and Harold G. Campbell, Superintendent of Schools, as Ex-Officio Member, of the Board of

Examiners of the Board of Education of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.